UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

__Louis LAZAR__

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Port of New York, New Jersey
Authority Police Officers

Forker, PO Badge No. ?  --Defendent No. 1

Glory, P., Badge No. 2093-- Defendent No. 2

Borbiera, R(?), Badge No. 3400-- Defendent No. 3

Hucko, L., Badge No. 332 --Defendant No. 4

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED

SEP 22 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**COMPLAINT**

Trial: [ ] Yes  [✓] No

(check one)

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name              __Louis LAZAR__
             Street Address    __200 No. Church Street, Oak-106__
             County, City      __PARKESBURG, PA  19365__
             State & Zip Code  _____
             Telephone Number  _____

-12-

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name: Forker, PO No. ?
Street Address
County, City: *
State & Zip Code

Defendant No. 2  Name: Glory, P. No. 2093
Street Address
County, City: *
State & Zip Code

Defendant No. 3  Name: Borbiera, R(?) No. 3400
Street Address
County, City: *
State & Zip Code

Defendant No. 4  Name: Hucko, L. No. 332
Street Add
County, Ci     All Defendants may be reached at Police Barracks,
State & Zi                                      Newark Libery International Airport
                                                3 Brewster Rd
                                                Newark, NJ 07114

* All Defendants wore uniform unknown to Plaintiff. No visible badges; names and numbers displayed on uniform

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions    [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Violation of Fourth Amendment to U.S. Constitution

Case 2:22-cv-05730-KM-MAH    Document 1    Filed 09/23/22    Page 4 of 9 PageID: 4

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? _____

*Newark Liberty International Airport*

B.  What date and approximate time did the events giving rise to your claim(s) occur? _____

*August 10, 2022*

C.  Facts: _____

[What happened to you?]

Intermittent, at times acute muscle pain drove Plaintiff toward the rear end of aicraft operated as transatlantic Flight Swiss International Fight LX 00019/United Flight 9747 departing Newark Liberty International Airport on August 10, 2022. Swiss check-in crew had noticed the painful condition, placed a Green Dot on Plantiff's Boarding Pass— signaling preferential treatment on check-in and on the flight. Plaintiff asked if he could rest in horizontal position if seats adjacent to his were unoccupied, as being in horizontal position alleviated the pain. They were sympathetic but could not promise it; suggested Plantiff ask the cabin crew. The cabin crew took note of Plaintiff's condition, advised that the flight might be "full"--even tough seats adjacent to Plaintiff's were unoccupied. After a brief rest on the unoccupied seats Plaintiff relinquished his quest for them—what the Swiss did not have, the Swiss could not give-- set up in vertical position on one single seat, one he had payed for. Nevertheless, the Captain of the flight was called to Plantiff's seat; he advised he did not want to transport a sick person of Plaintiff's age (88--eighty-eight) and that Plaintiff must get off the plane. Having been cleared for the flight by medical opinion, Plaintiff requested that the Captain produce a physician who could examine Plaintiff and determine whether he was fit to fy. The Captain declined. Instead, Port Authority Police was called.

[Who did what?]

[Was anyone else involved?]

Plaintiff and his luggage passed TSA inspection on check-in. Neither the flight, nor the crew, nor the passangers were theatened at any time by Plaintiff's painful but passive condition. Plaintiff neither resisted, nor cooperated with police, remained inactive and silent in his seat. Defendents No 1, 2, 3, and 4 lifted vertically, placed in a wheelchair, and carted Plaintiff off the plane and into detention at the Police Barracks on or near the airport graunds. Asked if they had a court warrant for the arrest—as per requirement of the Forth Amendment to the US Constitution-- their answer was they did not, and needed not one. They laughed. Strange. It appeared to Plaintiff they have studied neither the Constitution nor its Amendments—while all law enforcement personnel should be very knowledgeable and carefully observant of the Fourth Amendment.

[Who else saw what happened?]

**IV.   Injuries:** none

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Meet out Punishment ~~when~~ Deemed Appropriate by Court – Summary Judgment Requested
$50,000 for Personal Humiliation
• Missed International Travel Schedules & Connections
• Time and Expense of Rescheduling

- 4 -

Case 2:22-cv-05730-KM-MAH    Document 1    Filed 09/23/22    Page 7 of 9 PageID: 7

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19 day of September, 2020.

Signature of Plaintiff _____
Mailing Address  200 No. Church St - Oak 106
                 PARKESBURG  PA  19365

Telephone Number  212-832-9664
Fax Number *(if you have one)* _____
E-mail Address  <llazar3d@juno.com>

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Lois Lee_

- 5 -

- 17 -