# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUIS LAZAR<br>   Plaintiff,<br><br>v.<br><br>PO FORKER., et al<br>   Defendants. | Civil Action No. 22-5730 (KM)<br><br>**ORDER OF DISMISSAL** |

A Notice of Call for Dismissal was filed on March 27, 2023 (ECF No. 7) pursuant to Federal Rules Civil Procedure Rule 4(m) as to Defendants; and the time to serve the summons and complaint expired;

**IT IS** on this 12th day of April, 2023,

**ORDERED** that the above captioned action is dismissed in accordance with Federal Rules of Civil Procedure Rule 4(m) and the inherent authority of this Court to manage its docket.

            /s/ Kevin McNulty
            _____
            KEVIN MCNULTY
            U.S. District Judge